DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Becker v. N.C. Dep't of Motor Vehicles<br><br>Case below:<br>177 N.C. App. 436 | No. 295P06 | Plts' PDR Under N.C.G.S. § 7A-31 (COA05-669) | Denied 12/14/06 |
| Calabria v. N.C. State Bd. of Elections | No. 625P06 | 1. Plt's Motion to Bypass the Court of Appeals (COAP06-995)<br><br>2. Plt's PWC<br><br>3. Plt's Motion for Temporary Stay<br><br>4. Plt's Motion to Expedite Consideration of Writ<br><br>5. Plt's Alternative Motion to Suspend the Rules | 1. Denied 12/19/06<br><br>2. Dismissed as Moot 12/19/06<br><br>3. Dismissed as Moot 12/19/06<br><br>4. Dismissed as Moot 12/19/06<br><br>5. Dismissed as Moot 12/19/06<br><br>**Parker, C.J., Martin, J., and Timmons-Goodson, J., Recused** |
| Diggs v. Novant Health, Inc.<br><br>Case below:<br>177 N.C. App. 290 | No. 299P06 | Def's (Forsyth Memorial Hosp.) Motion for Temporary Stay (COA04-1415) | Allowed 10/30/06 |
| East Mkt. St. Square, Inc. v. Tycorp Pizza IV, Inc.<br><br>Case below:<br>175 N.C. App. 628 | No. 123P06 | Defendant's (Gilbert T. Bland) PDR Under N.C.G.S. § 7A-31 (COA05-212) | Denied 12/14/06 |
| Harrison v. City of Sanford<br><br>Case below:<br>177 N.C. App. 116 | No. 251P06 | Def's PDR Under N.C.G.S. § 7A-31 (COA05-1001) | Denied 12/14/06 |
| Houston v. Town of Chapel Hill<br><br>Case below:<br>177 N.C. App. 739 | No. 354P06 | Petitioner's (Houston) PDR Under N.C.G.S. § 7A-31 (COA05-1461) | Denied 12/14/06 |